NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JUSTSERVICE.NET LLC,**
*Appellant*

**v.**

**UNIFIED PATENTS, LLC,**
*Appellee*

---

2022-1707

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01258.

---

**JUDGMENT**

---

ALEX W. RUGE, Sheridan Ross PC, Denver, CO, argued for appellant. Also represented by TODD P. BLAKELY, ROBERT R. BRUNELLI, JASON H. VICK.

MICHELLE ASPEN, Unified Patents, LLC, Chevy Chase, MD, argued for appellee. Also represented by ROSHAN MANSINGHANI.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, CHEN, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>June 14, 2023</u>
Date

<u>/s/ Jarrett B. Perlow</u>
Jarrett B. Perlow
Acting Clerk of Court